# United States District Court
# Central District of California

| | |
|---|---|
| UNITED STATES, for the use of TOTTEN TUBES, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>TEEHEE-STRAUB, ET AL.,<br>Defendants. | ED CV 14-00354-CBM(AJWx)<br><br>ORDER GRANTING DISMISSAL PURSUANT TO FRCP 41(a)<br>[JS-6] |

Having read the foregoing Request for dismissal with prejudice and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, as to all defendants and all claims.

IT IS SO ORDERED.

Dated: April 21, 2014

_____
Honorable Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE